874-15

# ELECTRONIC RECORD

COA #    02-14-00344-CR                    OFFENSE:    22.01

STYLE:   Antonio Leonard Brown v. The
         State of Texas                    COUNTY:     Wichita

COA DISPOSITION:     AFFIRM               TRIAL COURT:   89th District Court

DATE: 06/18/2015          Publish: YES   TC CASE #:     53,525-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Antonio Leonard Brown v. The State
         of Texas                          CCA #:       874-15

_APPELLANT'S_ Petition                     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:        _____

_REFUSED_                                  JUDGE:       _____

DATE: _10/07/2015_                         SIGNED: _____        PC: _____

JUDGE: _Per Curiam_                        PUBLISH: _____        DNP: _____

----------------------------

                                           _____ MOTION FOR

                                           REHEARING IN CCA IS: _____

                                           JUDGE: _____

# ELECTRONIC RECORD